OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICIAL BUSINESS P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711 POSTAGE » PITNEY BOWES
STATE OF TEXAS
PENALTY FOR
PRIVATE USE
ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/16/2015
BARNES, JONATHAN        Tr. Ct. No. 2003-110A                    WR-82,028-01
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

PRESIDING JUDGE 274TH/421ST DISTRICT
COURT
CALDWELL COUNTY
201 E. SAN ANTONIO ST.                                  FWD
LOCKHART, TX 78644